UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:26-cv-00056

———

**Daniel Hanson,**
*Plaintiff,*

v.

**Texas Department of Criminal Justice et al.,**
*Defendants.*

———

## ORDER

Plaintiff, an inmate proceeding pro se, was named among more than 20 plaintiffs in a civil-rights lawsuit filed without pre-payment of the filing fee. Docs. 1, 2. The case was referred to a magistrate judge, who ordered that plaintiff's claims be severed into this action and that plaintiff pay the filing fee or move to proceed in forma pauperis. Doc. 2 at 2. The magistrate judge also ordered plaintiff to file an amended complaint and gave him 30 days to do so. *Id.* Plaintiff failed to comply. Subsequently, the magistrate judge issued a report recommending that the court dismiss this case without prejudice for failure to comply with a court order and to satisfy the fee requirement. Doc. 5 at 2. Plaintiff received the report but filed no objections. Doc. 6.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. All claims in this matter are dismissed without prejudice for failure to comply with a court order and to satisfy the fee requirement. Any pending motions are denied as moot.

- 1 -

*So ordered by the court on May 20, 2026.*

J. CAMPBELL BARKER
United States District Judge